UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Pamela Bond</u>

    v.                                            Civil No. 15-cv-00372-JL

<u>NH Board of Nursing</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 11, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: January 7, 2016

cc:  Pamela Bond, pro se